IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00499-RBJ

BUSHMANS, INC.,

    Plaintiff,

v.

APEX PRODUCE COMPANY, LLC, et al.,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE AND LIFT STAY OF EXECUTION

Upon consideration of Plaintiff's Motion to Reopen Case and Lift Stay of Execution, and any opposition thereto, and it appearing to the Court appropriate to do so, it is

ORDERED that Plaintiff's Motion to Reopen Case and Lift Stay of Execution be GRANTED, and it is further

ORDERED that this matter be and is hereby reopened, and it is further

ORDERED that the stay of execution on the consent judgment against Defendants be and is hereby lifted.

DATED this 3rd day of January, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge